UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERORG DATA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMPLIANCE KEY, INC., and IJONA SERVICES, LLC, <br><br> Defendant. | Case No. 3:19-cv-05190-RSL <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DIRECTING CLERK TO ENTER JUDGMENT** |

This matter comes before the Court on Plaintiff's Motion for Default Judgment against Defendants Compliance Key, Inc. ("Compliance Key") and Ijona Services, LLC ("Ijona") (collectively "Defendants"). In consideration of the Motion and the papers submitted in support thereof, the Court makes the following findings and conclusions.

**1.** The Court has subject matter jurisdiction over the federal claims in this case under 28 U.S.C. §§ 1331 and 1338(a) and (b). The Court also has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

**2.** Despite having been duly served with the summons and complaint, defendants have failed to plead or otherwise defend and therefore is in default.

**3.** Plaintiff is entitled to judgment in its favor as requested in its Motion.

For the foregoing reasons and good cause appearing, the Motion is GRANTED, and IT IS HEREBY ORDERED that:

Judgment against Defendants on behalf of the Plaintiff ZoomInfo Technologies LLC f/k/a DiscoverOrg Data, LLC ("DiscoverOrg") is granted on all causes of action asserted in the Complaint.

Based on review of the Motion and the Declarations of Jie Smith, Philip Watson, and Darin Sands in support thereof, the Court finds that Plaintiff is entitled to compensatory damages in the amount of $129,000.

The Court also finds that Defendants' actions were willful and malicious, Defendants' actions appearing intentional and there being no apparent innocent justification for Defendants' wrongful conduct as clearly shown by the evidence and argument presented by Plaintiff, and therefore Plaintiff is entitled to exemplary damages in an amount that is twice the amount of compensatory damages, for total exemplary damages of $258,000.

Finally, Plaintiff is entitled to its fees in the amount of $8,319.

The Court therefore finds that Plaintiff DiscoverOrg is entitled to a judgment in the total amount of $395,319, and hereby directs the Clerk to enter final judgment in that amount in favor of Plaintiff and against Defendants.

Dated this 7th day of December, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge